**Lucile R. Kovac, Plaintiff-Appellee, v. Joseph A. Kovac, Defendant-Appellant.**

**Gen. No. 11,527.**

Second District, First Division.
November 15, 1961.
Rehearing denied December 1, 1961.

Walter C. Wellman, of Chicago, for appellant; Eckert, Caldwell & Gleason, of Woodstock, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.